[Civil No. 2003.  Filed December 30, 1922.]

[211 Pac. 566.]

HACKBERRY CONSOLIDATED SILVER MINES COMPANY, C. C. SPICER, C. E. McDOWELL and E. E. ARMOUR, Appellants, v. W. M. NEAGLE, Plaintiff-Appellee, and HACKBERRY CONSOLIDATED MINING COMPANY, a Corporation, HACKBERRY CONSOLIDATED SILVER MINES COMPANY, a Corporation, G. S. HOLMES, F. S. HOLMES, JAMES A. MURRAY, MARY H. MURRAY, A. G. KEATING, JOHN DOE ROSENBERG, JOHN DOE ROSENBERG & COMPANY, a Corporation, RICHARD ROE, JOHN ROE and SENATE SILVER MINING COMPANY, a Corporation, Defendants-Appellees.

APPEAL AND ERROR—ATTEMPTED APPEAL BY ONE NOT PARTY TO SUIT BELOW DISMISSED.—An appeal by attorneys, who were not parties to the suit below, cannot be heard in the Supreme Court to question an order substituting other counsel in their stead.

APPEAL from a judgment and an order of the Superior Court of the County of Mohave. E. Elmo Bollinger, Judge.  Appeal dismissed.

Mr. Chas. L. Lewis, for Appellants.

Mr. C. W. Herndon, Mr. L. L. Wallace and Mr. H. L. Dunnigan, for Appellees.

GIBBONS, Superior Judge.—The facts that give rise to this attempted appeal appear fully in case No. 2002, *ante*, p. 481, 211 Pac. 564, entitled *Senate Silver Mining Co., a Corporation,* v. *Hackberry Consolidated Mining Co., a Corporation, Hackberry Consolidated Silver Mines Co., a Corporation, et al.*  It

is the opinion of the court that the order of the trial court refusing to recognize attorneys Spicer, McDowell and Armour, and in their places recognizing attorneys Herndon and Dunnigan as representing defendant Hackberry Consolidated Silver Mines Company, is not before us for review. The attorneys attempting to take this appeal were not parties to the suit below, and cannot be heard in this court to question the order.

McALISTER, Acting C. J., and FLANIGAN, J., concur.